**Leave to file GRANTED**

_/s/ James E. Boasberg_   12/15/15
James E. Boasberg           Date
United States District Judge

To:

Darren R. Vasaturo

502 Sun Lotus Ikeji

217 Owaricho, Nakagyoku

Kyoto 604-0934

Japan

---

Regarding:

Case 1:15-cv-01736

Assigned to James E. Boasberg

10/19/2015   /   Pro Se Gen. Civil (F Deck)

---

December 7, 2015

Mr. Vasaturo,

I have no recollection of having ever made your acquaintance.

Please accept this letter as my answer to your complaint.

I request a retroactive extension for the filing of this answer, as I did not receive the concerned document until some time after the date of service of the summons.

Sincerely,

_Seth Yarden_
Seth Yarden

31 Concord Avenue, #13

Cambridge, MA 02138