UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

BRUCE W. TAYLOR
1036 Cassia Way
Sunnyvale, CA 94086

DARREN R. VASATURO                  )        Civil Action No. 1:15-cv-01736-JEB

    Plaintiff                            )

    vs.                                  )        ANSWER

BRUCE W. TAYLOR                     )

    Defendant                            )

Defendant hereby answers Plaintiff's complaint as follows:

## ANSWER TO COMPLAINT

**1**. Defendant admits.

**2. through 15**. Defendant lacks enough information to admit or deny.

**16**. Defendant denies. Defendant is not now, and has never been employed by the Central Intelligence Agency in any way. Defendant admits to reside in Sunnyvale California.

**17. through 44**. Defendant lacks enough information to admit or deny.

**45**. Defendant admits.

**46**. Defendant lacks enough information to admit or deny whether Plaintiff received an honorable discharge from the army.  Defendant admits that Plaintiff attended the University of California, Berkeley. Defendant lacks enough information to admit or deny whether Plaintiff received a Bachelor's degree from University of California, Berkeley.

**47. through 143**. Defendant lacks enough information to admit or deny.

**144**. Defendant admits to being friends with Plaintiff while serving in the US Army. Defendant denies any involvement in described conspiracy.  Defendant denies any knowledge of Scott Harris.

**145**. Defendant lacks enough information to admit or deny.

**146**. Defendant denies. Defendant is not now, and has never been employed by the Central Intelligence Agency in any way. Defendant admits having lived and worked in Bangkok, Thailand, and in Tokyo Japan.

RECEIVED
Mail Room

DEC 1 5 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Civil Action No. 1:15-cv-01736-JEB  Document 1 Filed 14 December 2015  Page 2 of 3

Defendant admits never visiting Kyoto, Japan. Defendant admits Plaintiff visited Defendant in Tokyo on a few occasions.

**147.** Defendant denies. Defendant is not now, and has never been employed by the Central Intelligence Agency in any way. Defendant denies any involvement in any efforts to drive Plaintiff from Kyoto. Defendant denies any knowledge of Scott Harris.

**148.** Defendant lacks enough information to admit or deny anything about Scott Harris. Defendant admits to an email exchange with Plaintiff where Defendant advised Plaintiff to find a new crowd in Kyoto.

**149.** Defendant admits not reporting anything related to Plaintiff to any agency, as Defendant has no duty to do so.  Defendant denies hiding photos on Facebook, and responded to Plaintiff with the following email in December 2014:

Date: Mon, 15 Dec 2014 23:13:41 +0000
From: bruce@brucewaynetaylor.com
To: dvasaturo@hotmail.com; dvasaturo@gmail.com; dvasaturo@celery.ocn.ne.jp
Subject: Re: IG, etc

Bambino,

WTF?  Have you forgotten that I am one of your oldest friends?
What makes you think my Facebook page has anything to do with you?
The picture were missing from Facebook, because I pointed my Aperture photo application to a different library
And the reason I haven't responded to your last email is because I have been busy trying to make a living so I can provide
(OK, now that I've gotten that out of the way)

You are gonna have to deal with your situation in the way that you think is best
No need to explain anything to me

Bruce

Defendant admits to de-friending Plaintiff on Facebook.

**150. through 310.** Defendant lacks enough information to admit or deny.

**311.** Defendant admits having email communications with Plaintiff, and suggesting that Plaintiff find a different crowd.  Defendant lacks enough information to admit or deny all other points.

**312.** Defendant admits not reporting anything related to Plaintiff to any agency, as Defendant has no duty to do so.  Defendant denies any knowledge of Scott Harris. Defendant admits to having lived and worked in Thailand.

**313. through 381.** Defendant lacks enough information to admit or deny.


**DEFENSES**

FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

Civil Action No. 1:15-cv-01736-JEB  Document 1 Filed 14 December 2015  Page 3 of 3

**REQUEST FOR RELIEF**

Wherefore, Defendant prays as follows:

1) For dismissal of the Plaintiff's action with prejudice;

2) For an order that Plaintiff shall take no relief from the complaint;

Respectfully Submitted,

14 December 2015

Signature of Defendant *Bruce W. Tayl*

BRUCE W. TAYLOR
1036 Cassia Way
Sunnyvale, CA 94086
(925) 216-2950