# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DARREN R. VASATURO
                    Plaintiff

vs.                                    Civil Action No. 1:15-cv-01736-JEB

SASHA PETERKA, et al, DEFENDANTS
                    Defendant

# NOTICE OF APPEAL

Notice is hereby given this   23rd   day of   SEPTEMBER   , 20 16  , that

DARREN R. VASATURO, Plaintiff

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   1st   day of   AUGUST   , 20 16

in favor of   PETERKA et al., Defendants (Order ECF No. 211, Case dismissed per FRCP 12(b)(1))

against said   DARREN R. VASATURO, Plaintiff

_____
                                   Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated: